**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:26-cv-00271-SPM |
| | ) | |
| MIKE RIGDON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented Plaintiff Rex S. Gunther's letter to the Court, which the Court construes as a civil rights complaint under 42 U.S.C. § 1983. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Although Plaintiff is not incarcerated, the Court will order him to file an amended complaint on the Court's Prisoner Civil Rights Complaint form, because the form seeks information necessary to Plaintiff's suit.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff the Court's form Prisoner Civil Rights Complaint Under 42 U.S.C. § 1983.

-2-

**IT IS FURTHER ORDERED** that Plaintiff must file and amended complaint on the Court-provided form within 21 days of the date of this Order.  If Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of May, 2026.